**LINCOLN, GUSTAFSON & CERCOS LLP**
Loren S. Young
Nevada Bar No. 7567
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Telephone: 702.257.1997

**SHOOK HARDY & BACON LLP**
Jessica L. Grant
(*pro hac vice* pending)
555 Mission Street Suite 2300
San Francisco, California 94105
Telephone: 415.544.1900

**MORRISON & FOERSTER LLP**
J. Alexander Lawrence
(*pro hac vice* pending)
Tamara Wiesebron
 (*pro hac vice* pending)
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000

Attorneys for Defendant, SNAP INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIANE ESPOSITO HOWARD, as Special Administrator of the Estate of AVIANNA CAVANAUGH, Deceased; and THERESA DIANE KEYES, Individually and Heir of the Estate of AVIANNA CAVANAUGH,<br><br>Plaintiffs,<br><br>v.<br><br>SNAP, INC.; DOES 1 through 20 and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:24−cv−01262−APG−EJY<br><br>[Removed from Clark County, Nevada District Court, Case No. A 24 889099 C]<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING SNAP INC.'S DEADLINE TO RESPOND TO THE COMPLAINT AND OTHER DEADLNES** |

Pursuant to L.R. 7-1, Defendant Snap Inc. ("Snap") and Plaintiffs Diane Esposito Howard and Theresa Diane Keyes ("Plaintiffs") hereby submit this stipulation and proposed order:

WHEREAS, on March 13, 2024, Plaintiffs filed a Complaint against Snap in Clark County, Nevada District Court as Case No. A-24-889099-C ("the Complaint");

1. WHEREAS, on July 11, 2024, Snap received by personal service on its registered agent a copy of the complaint in the State Court Action, Case No. A-24-889099-C, Eighth Judicial District Court, Clark County, Nevada;

2. WHEREAS, on July 12, 2024, Snap removed this action to this Court;

3. WHEREAS, on or before July 31, 2024, Snap intends to move to transfer this action to the United States District Court for the Central District of California ("Motion to Transfer");

4. WHEREAS, unless the deadline is extended, Snap has until August 1, 2024 to answer or otherwise respond to the Complaint under Rule 12 of the Federal Rules of Civil Procedure;

5. WHEREAS, on or before August 14, 2024, the parties are to file a joint status report that sets forth the status of this action, including a statement of action required to be taken by this Court (ECF No. 3) ("Status Report");

6. WHEREAS, Snap and the Plaintiffs agree that it would save party and judicial resources for Snap to answer or otherwise respond to the Complaint only after a decision on the Motion to Transfer; and

7. WHEREAS, Snap and the Plaintiffs agree that it would save party and judicial resources if other dates in this action including the deadline to submit the Status Report are stayed pending a decision on the Motion to Transfer;

IT IS HEREBY STIPULATED AND AGREED by and between Snap and the Plaintiffs that Snap's time to answer or otherwise respond to the Complaint is extended until thirty (30) days after entry of an order deciding Snap's forthcoming Motion to Transfer; and

///
///
///
///
///
///
///
///

STIPULATION AND PROPOSED ORDER

IT IS FURTHER STIPULATED AND AGREED, by and between Snap and Plaintiffs that the time to submit the Status Report in this Court shall be extended until thirty (30) days after entry of an order deciding Snap's forthcoming Motion to Transfer.

Dated: July 23, 2024

**EGLET ADAMS EGLET HAM HENRIOD**

*/s/ Cassandra S.M. Cummings*
**ROBERT T. EGLET, ESQ.**
Nevada Bar No. 3402
**ROBERT M. ADAMS, ESQ.**
Nevada Bar No. 6551
**CASSANDRA S.M. CUMMINGS, ESQ.**
Nevada Bar No. 11944
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
Attorneys for Plaintiffs

Dated: July 23, 2024

**LINCOLN, GUSTAFSON & CERCOS LLP**

*/s/ Loren S. Young*
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant, SNAP INC.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: July 23, 2024