1  **LINCOLN, GUSTAFSON & CERCOS LLP**
   Loren S. Young
2  Nevada Bar No. 7567
   7670 W. Lake Mead Blvd., Suite 200
3  Las Vegas, Nevada 89128
   Telephone: 702.257.1997
4
   **SHOOK HARDY & BACON LLP**
5  Jessica L. Grant
   (Admitted *pro hac vice*)
6  555 Mission Street Suite 2300
   San Francisco, California 94105
7  Telephone: 415.544.1900

8  **MORRISON & FOERSTER LLP**
   J. Alexander Lawrence
9  (Admitted *pro hac vice*)
   Tamara Wiesebron
10 (Admitted *pro hac vice*)
   250 West 55th Street
11 New York, New York 10019-9601
   Telephone: 212.468.8000
12
   Attorneys for Defendant, SNAP INC.
13

14                    UNITED STATES DISTRICT COURT

15                        FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 16  DIANE ESPOSITO HOWARD, as Special Administrator of the Estate of AVIANNA 17  CAVANAUGH, Deceased; and THERESA DIANE KEYES, Individually and Heir of the 18  Estate of AVIANNA CAVANAUGH, | CASE NO. 2:24−cv−01262−APG−EJY  [Removed from Clark County, Nevada District Court, Case No. A 24 889099 C]  **JOINT STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING MOTION TO TRANSFER BRIEFING SCHEDULE** |
| 19           Plaintiffs, | |
| 20      v. | |
| 21  SNAP, INC.; DOES 1 through 20 and ROE CORPORATIONS 1 through 20, inclusive, | |
| 22 | |
|     Defendants. | |
| 23 | |

24      Pursuant to L.R. 7-1, Defendant Snap Inc. ("Snap") and Plaintiffs Diane Esposito Howard

25 and Theresa Diane Keyes ("Plaintiffs") hereby submit this stipulation and proposed order:

26      WHEREAS, on March 13, 2024, Plaintiffs filed a Complaint against Snap in Clark County,

27 Nevada District Court as Case No. A-24-889099-C ("the Complaint");

28      WHEREAS, on July 11, 2024, Snap received by personal service on its registered agent a

                                        1

copy of the complaint in the State Court Action, Case No. A-24-889099-C, Eighth Judicial District Court, Clark County, Nevada;

WHEREAS, on July 12, 2024, Snap removed this action to this Court;

WHEREAS, on July 31, 2024, Snap moved to transfer this action to the United States District Court for the Central District of California ("Motion to Transfer");

WHEREAS, unless the deadline is extended, Plaintiffs have until August 14, 2024 to respond to the Motion to Transfer;

WHEREAS, unless the deadline is extended, the deadline for Snap to file and serve any reply in support of the Motion to Transfer is seven (7) days after service of Plaintiffs response; and

WHEREAS, Snap and the Plaintiffs agree that extending the Motion to Transfer briefing schedule deadlines would be mutually beneficial to accommodate the schedules of the parties and their counsel;

IT IS HEREBY STIPULATED AND AGREED by and between Snap and the Plaintiffs that Plaintiffs' deadline to respond to the Motion to Transfer is extended to September 4, 2024; and

IT IS FURTHER STIPULATED AND AGREED, by and between Snap and Plaintiffs that Snap's deadline to file and serve a reply in support of the Motion to transfer is extended to September 25, 2024.

| | |
|---|---|
| DATED:    AUGUST 5, 2024 | DATED:    AUGUST 5, 2024 |
| **EGLET ADAMS EGLET HAM HENRIOD** | **LINCOLN, GUSTAFSON & CERCOS LLP** |
| /s/ Robert T. Eglet | /s/ Loren S. Young |
| **ROBERT T. EGLET, ESQ.**<br>Nevada Bar No. 3402<br>ROBERT M. ADAMS, ESQ.<br>Nevada Bar No. 6551<br>CASSANDRA S.M. CUMMINGS, ESQ.<br>Nevada Bar No. 11944<br>EGLET ADAMS EGLET HAM HENRIOD<br>400 S. Seventh St., Suite 400<br>Las Vegas, NV 89101<br>Ph: (702) 450-5400<br>Fax: (702) 450-5451<br>Attorneys for Plaintiffs | **LOREN S. YOUNG, ESQ.**<br>Nevada Bar No. 7567<br>7670 W. Lake Mead Blvd., Suite 200<br>Las Vegas, Nevada 89128<br>Attorneys for Defendant, SNAP INC.<br><br>**IT IS SO ORDERED.**<br><br>_____<br>**U.S. MAGISTRATE JUDGE**<br><br>**Date: August 5, 2024** |